RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Keyawn Lloyd Cook Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEYAWN LLOYD COOK JR.,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00313-GMN-NJK<br><br>**STIPULATION TO CONTINUE OBJECTIONS TO REPORT AND RECOMMENDATION DEADLINE**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Keyawn Lloyd Cook Jr., that the objections to the report and recommendation currently scheduled on February 17, 2021, be vacated and continued to March 10, 2021 and the government's response from March 3, 2021 to March 24, 2021.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to file objections and discuss the objections with her client.

2.     The defendant is note incarcerated and does not object to the continuance.

3.     The parties agree to the continuance.

4.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 16th day of February 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|   */s/ Rebecca Levy*<br>By_____<br>REBECCA LEVY<br>Assistant Federal Public Defender |   */s/ Jessica Oliva*<br>By_____<br>JESSICA OLIVA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>KEYAWN LLOYD COOK JR.,<br><br>         Defendant. | Case No. 2:19-cr-00313-GMN-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel needs additional time to file objections and discuss the objections with her client.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KEYAWN LLOYD COOK JR.,<br><br>        Defendant. | Case No. 2:19-cr-00313-GMN-NJK<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the objections to the Report & Recommendation currently scheduled on February 17, 2021, be vacated and continued to March 10, 2021 and the government's response from March 3, 2021 to March 24, 2021.

DATED this __17__ day of February 2021.

_____
Gloria M. Navarro, District Judge
United States District Court