RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Keyawn Lloyd Cook Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KEYAWN LLOYD COOK JR.,<br><br>   Defendant. | Case No. 2:19-cr-00313-GMN-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Keyawn Lloyd Cook Jr., that the Sentencing Hearing currently scheduled on September 22, 2021 at 1:00 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than two (2) weeks.

The Stipulation is entered into for the following reasons:

1.  Mr. Cook is prepared to appear in person for his sentencing and wishes to appear in person. Unfortunately, Mr. Cook was exposed to someone that tested positive to COVID and is awaiting a COVID test on Tuesday.

2.  The defendant is not incarcerated and does not object to the continuance.

1     3.    The parties agree to the continuance.

2     This is the first stipulation to continue filed herein.

3     DATED this 21st day of September 2021.

| RENE L. VALLADARES | CHRISTOPHER CHIOU |
|---|---|
| Federal Public Defender | Acting United States Attorney |
| | |
| /s/ Rebecca A. Levy | /s/ Jessica Oliva |
| By_____ | By_____ |
| REBECCA A. LEVY | JESSICA OLIVA |
| Assistant Federal Public Defender | Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEYAWN LLOYD COOK JR.,<br><br>    Defendant. | Case No. 2:19-cr-00313-GMN-NJK<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, September 22, 2021 at 1:00 p.m., be vacated and continued to October 6, 2021, at the hour of 2:00 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this  21  day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE