CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6268
Fax: (702) 388-6418
jessica.oliva@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEYAWN LLOYD COOK, JR.,<br><br>    Defendant. | Case No. 2:19-cr-313-GMN-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chou, Acting United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Defendant Keyawn Lloyd Cook, Jr., that the sentencing hearing set for November 10, 2021 at 1 p.m., be vacated and set to a date and time convenient to this Court, but no sooner than forty five (45) days.

The Stipulation is entered into for the following reasons:

1. On October 6, 2021, the Court held a sentencing hearing in this case. The Court continued sentencing to November 10, 2021 to allow the parties time to address issues raised by the Court. ECF No. 66.

2. After that hearing, the Government learned of new information relating to the defendant's conduct while on pretrial release that may impact the parties' responses to the issues raised by the Court. The parties need additional time to further investigate this new information.

3. Counsel for both parties agrees to the continuance.

4. The defendant is not in custody and does not object to the continuance.

5. This is the first stipulation to continue the November 10, 2021 sentencing hearing.

DATED this 29th day of October, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

By /s/ Jessica Oliva
JESSICA OLIVA
Assistant United States Attorney


RENE L. VALLADARES
Federal Public Defender

By /s/Rebecca A. Levy
REBECCA A. LEVY
Assistant Federal Public Defender
Counsel for Keyawn Lloyd Cook, Jr.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>KEYAWN LLOYD COOK, JR.,<br><br>            Defendant. | Case No. 2:19-cr-313-GMN-NJK<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for November 10, 2021 at 1 p.m. is vacated and continued to January 5, 2022, at the hour of 1:00 PM.

DATED this  1  day of November, 2021.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

3