RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Keyawn Lloyd Cook Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00313-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| KEYAWN LLOYD COOK JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Keyawn Lloyd Cook Jr., that the Sentencing Hearing currently scheduled on January 5, 2022 at 1:00 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

The Stipulation is entered into for the following reasons:

1.   The parties need additional time to resolve another matter and anticipate both matters will be resolved at the same time.  Additionally, this stipulation is filed in lieu of the joint status report due today.

2.   The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 16th day of December 2021.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Jessica Oliva*<br>By_____<br>JESSICA OLIVA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEYAWN LLOYD COOK JR.,<br><br>　　　　Defendant. | Case No. 2:19-cr-00313-GMN-NJK<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, January 5, 2022 at 1:00 p.m., be vacated and continued to March 9, 2022 at the hour of <u>1:00 p.m</u>.

DATED this <u>16</u> day of December 2021.

_____
UNITED STATES DISTRICT JUDGE

3