

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-313-GMN-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| KEYAWN LLOYD COOK, JR., | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(A) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Keyawn Lloyd Cook, Jr., to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Keyawn Lloyd Cook, Jr., pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 46; Plea Agreement, ECF No. 47; Preliminary Order of Forfeiture, ECF No. 48.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

1  consecutively from May 29, 2021, through June 27, 2021, notifying all potential third
2  parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits,
3  ECF No. 49-1, p. 5.

4  This Court finds the United States notified known third parties by regular mail and
5  certified mail return receipt requested of their right to petition the Court. Notice of Filing
6  Service of Process – Mailing, ECF No. 51.

7  On July 22, 2021, the United States Attorney's Office served Terrell Glenn Colbert
8  with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and
9  certified mail return receipt requested. Notice of Filing Service of Process – Mailing
10 Exhibits, ECF No. 51-1.

11 This Court finds no petition was filed herein by or on behalf of any person or entity
12 and the time for filing such petitions and claims has expired.

13 This Court finds no petitions are pending regarding the property named herein and
14 the time has expired for presenting such petitions.

15 THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
16 all possessory rights, ownership rights, and all rights, titles, and interests in the property
17 hereinafter described are condemned, forfeited, and vested in the United States pursuant to
18 Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §
19 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(A) with 28 U.S.C.
20 § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

21      1. a Taurus G2C 9mm handgun with serial number TLP08974; and
22      2. any and all compatible ammunition
23 (all of which constitutes property).

24 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
25 copies of this Order to all counsel of record.
26 DATED ___March 9___, 2022.

27
28

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2